IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00122-MR-WCM

| | |
|---|---|
| JUAN OSPINA, )<br>)<br>　　　　　Plaintiff, )<br>)<br>　vs. )<br>)<br>HORD SERVICES, INC., ARTHUR )<br>SERVICES, INC., HSI LAND )<br>CLEARING, LLC, DWAYNE HORD, )<br>and HORD'S CONTAINER SERVICE )<br>LLC, )<br>)<br>　　　　　Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to Order to Show Cause [Doc. 40].

The Plaintiff filed an Amended Complaint on October 27, 2022, adding Hord's Container Service LLC as a defendant to this action. [Doc. 20]. On August 10, 2023, the Court entered an Order advising the Plaintiff that unless he demonstrated good cause for his failure to effect service of the Summons and Complaint on this Defendant within fourteen (14) days, the Plaintiff's claims against this Defendant would be dismissed without prejudice. [Doc. 39]. The Plaintiff filed a Response to the Court's Order on August 24, 2023. [Doc. 40].

Upon review of the Plaintiff's Response, the Court finds that the Plaintiff has demonstrated good cause for his failure to effect service on the Defendant Hord's Container Service LLC. The Court will allow the Plaintiff an additional thirty (30) days in which to effect service on this Defendant.

**IT IS, THEREFORE, ORDERED** that the Plaintiff shall have thirty (30) days from the entry of this Order within which to effect service on the Defendant Hord's Container Service LLC. Failure of the Plaintiff to effect service on this Defendant within thirty (30) days shall result in a dismissal of the Plaintiff's claims against this Defendant without prejudice.

**IT IS FURTHER ORDERED** that the Court's Order to Show Cause [Doc. 39] is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Signed: August 29, 2023

Martin Reidinger
Chief United States District Judge