IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00122-MR-WCM

| | |
|---|---|
| JUAN OSPINA, | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| HORD SERVICES, INC.; | ) |
| ARTHUR SERVICES, INC.; | ) |
| HSI LAND CLEARING, LLC; | ) |
| HORD'S CONTAINER SERVICE LLC | ) |
| *(f/k/a Hord Brothers LLC)*, and | ) |
| DWAYNE HORD, *an individual*, | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on a Joint Motion to Seal Documents (the "Motion," Doc. 68).

By the Motion, the parties request the sealing of documents attached as exhibits to docket entry 64, which was an affidavit of Juan Ospina (the "Affidavit"). Doc. 68 at 2. The Motion does not assert that the Affidavit itself (or any specific portion of that document) reflects confidential information that must be sealed. Rather, the parties contend that the exhibits attached to the Affidavit are highly confidential business documents such that permanent sealing of both the Affidavit and the exhibits is appropriate.

A review of the docket, however, reveals that docket entry 64 was deleted as duplicative of docket entry 63. Docket entry 63 is a copy of the Affidavit and does reference certain exhibits, but no exhibits are attached to that filing.

**IT IS THEREFORE ORDERED** that the Motion (Doc. 68) is **DENIED**.

Signed: October 21, 2024

W. Carleton Metcalf
United States Magistrate Judge